**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:18-cv-60825-UU

THE GUARANTEE COMPANY OF
NORTH AMERICA USA,

      Plaintiff,

v.

MIK, LLC., *et al.*,

      Defendant.

_____/

**<u>FINAL DEFAULT JUDGMENT</u>**

THIS CAUSE is before the Court following Plaintiffs' Motion for Default Final Judgment.  D.E. 18.  The Court granted Plaintiff's Motion in an Order entered separately. D.E. 19.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court now enters this separate final judgment.

Accordingly, for good cause shown, it is hereby ORDERED AND ADJUDGED as follows:

1. Final Judgment is hereby entered against Defendants MIK, LLC, and Dagen Enterprises, LLC, on all claims in Plaintiffs' Complaint.

2. Defendants MIK, LLC, and Dagen Enterprises, LLC, SHALL POST collateral to Plaintiff in the amount of One Million Nine Hundred Ninety Thousand One Hundred and Seventy Two and 21/100 Dollars (**<u>$1,990,172.21</u>**) as security for Plaintiff's potential liability in connection with the pending and unresolved claims under the performance bonds by **<u>July 16, 2018</u>**.

3. Plaintiff is awarded a monetary judgment against Defendants MIK, LLC, and Dagen Enterprises, LLC as follows:

a.  Six Hundred Seventy-Three Thousand Seven Hundred Sixty-Five and 38/100 Dollars (**$673,765.38**) for its direct paid losses under the performance bonds;

b.  the amount of Sixty Thousand Four Hundred Eighty-Nine and 17/100 Dollars (**$60,489.17**) for consultant fees incurred in the investigation and handling of the claims under the performance bonds;

c.  the amount of Forty-Five Thousand Four Hundred Twenty-Three and 29/100 Dollars (**$45,423.29**) for professional accounting fees incurred in the investigation and handling of the claims under the performance bonds;

d.  the amount of Five Thousand Eight Hundred Forty-Five and 51/100 Dollars (**$5,845.51**) for Plaintiff's internal travel expenses incurred in the investigation and handling of the claims under the performance bonds; and

e.  the amount of One Hundred Twelve Thousand Three Hundred Ninety-Eight and 80/100 Dollars (**$112,398.80**) incurred as of April 30, 2018, for reasonable attorneys' fees and costs incurred in the investigation and handling of the claims under the performance bonds and in prosecution of the instant action.

4.  ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in chambers at Miami, Florida this _25th__ day of June, 2018.

_____
URSULA UNGARO
UNTIED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf